UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON ROBINSON #858448,

    Plaintiff,

v.

    File no: 1:20-cv-449

    HON. ROBERT J. JONKER

KEVIN BREGE,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 4, 2021 (ECF No. 44).  The Report and Recommendation was duly served on the parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).  Plaintiff did file a motion to appoint counsel (ECF Nos. 47, 50), which will be dealt with by separate Order.

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 44) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for an injunction transferring him to another facility (ECF No. 37) is **DENIED**.

Date:   May 27, 2021                    /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  CHIEF UNITED STATES DISTRICT JUDGE